| | |
|---|---|
| 1 | Paul S. White, Esq., SBN 146989 (pwhite@tsmp.com) |
| | Rina Carmel, Esq., SBN 208311 (rcarmel@tsmp.com) |
| 2 | TRESSLER, SODERSTROM, MALONEY & PRIESS |
| | 1901 Avenue of the Stars, Suite 450 |
| 3 | Los Angeles, CA 90067 |
| | Telephone: (310) 203-4800 |
| 4 | Facsimile:  (310) 203-4850 |
| 5 | Attorneys for Defendant |
| | THE TRAVELERS INDEMNITY COMPANY, |
| 6 | as successor in interest by merger to GULF INSURANCE COMPANY |
| 7 | Michael R. Simmonds, Esq., SBN 96238 (msimmonds@wsnlaw.com) |
| | Tomio B. Narita, Esq., SBN 156576 (tnarita@wsnlaw.com) |
| 8 | WINEBERG, SIMMONDS & NARITA LLP |
| | 44 Montgomery Street, Suite 3880 |
| 9 | San Francisco, CA 94104-4811 |
| | Telephone: (415) 352-2200 |
| 10 | Facsimile: (415) 352-2222 |
| 11 | Attorneys for Plaintiff |
| | ESKANOS & ADLER, P.C. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ESKANOS & ADLER, P.C., | CASE NO. C-05-3600 SI |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER** |
| vs. | |
| GULF INSURANCE COMPANY, | |
| Defendant. | Complaint Filed: September 7, 2005 |

1

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT –
CASE NO. C-05-3600 SI

1  Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff ESKANOS & ADLER, P.C. ("Eskanos & Adler") and Defendant THE TRAVELERS INDEMNITY COMPANY, as successor in interest by merger to GULF INSURANCE COMPANY ("Travelers") hereby stipulate, through their respective counsel of record, as follows:

    1.    Eskanos & Adler's Complaint for Breach of Contract and Tortious Breach of the Covenant of Good Faith and Fair Dealing ("Complaint") was served on Travelers on or about September 8, 2005. Travelers believes that its response to the Complaint is due on or by September 28, 2005.

    2.    Counsel for Travelers has advised counsel for Eskanos & Adler that Travelers has just retained Tressler, Soderstrom, Maloney & Priess as counsel to represent it in the instant matter, and that Travelers is in the process of locating documents and information in order to respond to the Complaint.

    3.    The parties have not requested, nor has the Court ordered, any prior time modifications in the instant matter.

    4.    Eskanos & Adler and Travelers do not believe that an extension of time to answer or otherwise respond to the Complaint will delay the litigation of the instant matter.

    5.    In light of the foregoing, Eskanos & Adler and Travelers hereby stipulate that Travelers has an extension to answer or otherwise respond to Eskanos & Adler's Complaint, such that Travelers' answer or response will be due on or by October 28, 2005.

///
///
///
///
///
///
///
///

2

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT –
CASE NO. C-05-3600 SI

6. Eskanos & Adler and Travelers further stipulate that the instant Stipulation may be executed in counterparts.

Dated: September 22, 2005

WINEBERG, SIMMONDS & NARITA LLP

By: _____
Michael R. Simmonds
Tomio B. Narita
Attorneys for Plaintiff ESKANOS & ADLER, P.C.

Dated: September 22, 2005

TRESSLER, SODERSTROM, MALONEY & PRIESS

By: _____
Paul S. White
Rina Carmel
Attorneys for Defendant THE TRAVELERS INDEMNITY COMPANY, as successor in interest by merger to GULF INSURANCE COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

HON. _____ JUDGE

GRANTED
Judge Susan Illston

LA 85165 (21-380)

3
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT – CASE NO. C-05-3600 SI