IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ESKANOS & ADLER,            No. C 05-03600 SI

      Plaintiff,                 **PRETRIAL PREPARATION ORDER**

  v.

GULF INSURANCE CO.,

      Defendant.
                               /

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: April 21, 2006 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is August 4, 2006.

DESIGNATION OF EXPERTS: 7/21/06; REBUTTAL: 7/31/06.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is August 18, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by September 1, 2006;

  Opp. Due September 15, 2006; Reply Due September 22, 2006;

  and set for hearing no later than October 6, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: November 14, 2006 at 3:30 PM.

JURY TRIAL DATE: November 27, 2006 at 8:30 AM.,
  Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be four days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The mediation shall occur in March 2006.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 12/16/05

                                                    SUSAN ILLSTON
                                                 United States District Judge