Michael R. Simmonds, Esq., SBN 96238 (msimmonds@wsnlaw.com)
Tomio B. Narita, Esq., SBN 156576 (tnarita@wsnlaw.com)
WINEBERG, SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3880
San Francisco, CA 94104-4811
Telephone:   (415) 352-2200
Facsimile:    (415) 352-2222

Attorneys for Plaintiff ESKANOS & ADLER, P.C.

Paul S. White, Esq., SBN 146989 (pwhite@tsmp.com)
Dana H. Sheridan, Esq. SBN 210813 (dsheridan@tsmp.com)
TRESSLER, SODERSTROM, MALONEY & PRIESS
1901 Avenue of the Stars, Suite 450
Los Angeles, CA 90067
Telephone:   (310) 203-4800
Facsimile:    (310) 203-4850

Attorneys for Defendant
THE TRAVELERS INDEMNITY COMPANY,
as successor in interest by merger to GULF INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ESKANOS & ADLER, P.C.,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GULF INSURANCE COMPANY,<br><br>　　　　　　Defendant. | CASE NO. C-05-3600 SI<br><br>**JOINT STIPULATION RE DISMISSAL OF CLAIMS UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii)**<br><br>Trial Date: 11/27/2006<br><br>Pre-Trial Conference: 11/14/2006 |

Plaintiff Eskanos & Adler, P.C. ("Eskanos & Adler"), by and through its counsel of record, and Defendant The Travelers Indemnity Company ("Travelers"), as successor in interest by merger to Defendant Gulf Insurance Company ("Gulf"), by and through its counsel of record, hereby stipulate and agree as follows:

(1)　　That Eskanos & Adler and Travelers have entered, in good faith, into an executed Settlement Agreement which contains a mutual general release relating to this action;

(2)　　In accord with the Settlement Agreement, the Parties mutually agree and hereby stipulate to entry of an Order of Dismissal with prejudice of any and all of Eskanos & Adler's

claims against Travelers in this Action which arose out of Gulf's conduct giving rise to this Action;

(3) That, namely, Eskanos & Adler shall stipulate to dismissal of each and every cause of action and claim for damages as against Travelers as successor in interest to Gulf; and, accordingly,

(4) That dismissal of these claims will result in dismissal with prejudice of the entire Action.

Wherefore, based on this Stipulation and Agreement, Eskanos & Adler and Travelers, by and through their counsel of record, respectfully request that an Order of Dismissal be entered as agreed upon by the Parties and as set forth above.

**IT IS HEREBY STIPULATED AND AGREED.**

Dated: April 13, 2006        WINEBERG, SIMMONDS & NARITA LLP

By: _____
Michael R. Simmonds
Tomio B. Narita
Attorneys for Plaintiff ESKANOS & ADLER, P.C.


Dated: April 11, 2006        TRESSLER, SODERSTROM, MALONEY & PRIESS

By: _____
Paul S. White
Dana H. Sheridan
Attorneys for Defendant THE TRAVELERS
INDEMNITY COMPANY, as successor in interest by
merger to GULF INSURANCE COMPANY


**IT IS SO ORDERED.**

DATED: _____, 2006      _____
UNITED STATES DISTRICT COURT JUDGE

LA-#88944 (21-380)

2
JOINT STIPULATION RE DISMISSAL OF CLAIMS UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii)